**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:26-cr-42 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CLIFTON STEWART WARD | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

# ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 24) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the two count Indictment; (3) adjudicate Defendant guilty of Count One: knowingly and willingly transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c); (4) adjudicate Defendant guilty of Count Two: threatening to assault, kidnap, and murder a United States official, namely, United States Senator Marsha Blackburn, a member of the United States Senate, with the intent to impede, intimidate, and interfere with Senator Blackburn while she was engaged in the performance of her official duties, and with the intent to retaliate against Senator Blackburn on account of the performance of her official duties, in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 24) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Counts One and Two of the two count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One: knowingly and willingly transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c);
4. Defendant is hereby **ADJUDGED** guilty of Count Two: threatening to assault, kidnap, and murder a United States official, namely, United States Senator Marsha Blackburn, a member of the United States Senate, with the intent to impede, intimidate, and interfere with Senator Blackburn while she was engaged in the performance of her official duties, and with the intent to retaliate against Senator Blackburn on account of the performance of her official duties, in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4); and
5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **January 22, 2027, at 9:00 a.m.**

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**